IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD DEGAETANO,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>AMERICAN SOCCER COMPANY, INC. DBA SCORE SPORTS,<br><br>　　　　　　　　Defendant. | Case No. 1:24-cv-00163-FJS-DJS |

### NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1.　Whereas Plaintiff Richard DeGaetano filed the above-referenced case against Defendant American Soccer Company, Inc. dba Score Sports on February 2, 2024.

2.　Whereas Defendant has not yet answered Plaintiff's Complaint, and thus dismissal is appropriate without Court order pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

3.　Accordingly, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiff respectfully dismisses his Complaint with prejudice.

　　Dated: May 3, 2024　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Benjamin Sweet*
　　　　　　　　　　　　　　　　　　　　　Benjamin J. Sweet (PA Bar No. 87338)
　　　　　　　　　　　　　　　　　　　　　ben@nshmlaw.com
　　　　　　　　　　　　　　　　　　　　　**NYE, STIRLING, HALE, MILLER & SWEET, LLP**
　　　　　　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15243

IT IS SO ORDERED.　　　　　　　　　　　　*Attorneys for Plaintiff Richard DeGaetano*

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date:  May 7, 2024